1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4
   Attorney for Defendant, KEMPHONE VIENGXAY
5

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   **Case No. 1:07-cr-00268 OWW**
                                      )
11 |                  Plaintiff,      )   **STIPULATION AND PROPOSED**
                                      )   **ORDER FOR A RESETTING OF**
12 | v.                               )   **SENTENCING HEARING**
                                      )
13 | KEMPHONE VIENGXAY.               )   Date:     October 14, 2008
                                      )   Time:     9:00 a.m.
14 |                  Defendant.      )   Courtroom: Honorable Oliver W. Wanger
                                      )
15 | _____     )

16        IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

17 the defendant by and through her attorney, that the hearing date set for sentencing be continued to

18 November 17, 2008 at 9:00 a.m.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                **Stipulation and Order for a Resetting of Sentencing Hearing**
                            **Case No.:1:07-cr-00268 OWW**

The parties have been unable to arrange a time for debriefing for safety valve purposes. Before the next hearing the debriefing should be easily accomplished.

Respectfully submitted,

DATED: October 9, 2008        */s/* Dale A. Blickenstaff
                              DALE A. BLICKENSTAFF
                              Attorney for Defendant,
                              KEMPHONE VIENGXAY

DATED: October 9, 2008        */s/* Laurel J. Montoya
                              Laurel J. Montoya
                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   October 10, 2008**         **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

**Stipulation and Order for a Resetting of Sentencing Hearing**
**Case No.:1:07-cr-00268 OWW**