1 **DALE A. BLICKENSTAFF** - #40681
2350 West Shaw Avenue, Suite 132
2 Fresno, California 93711
(559) 432-0986 Telephone
3 (559) 432-4871 Facsimile

4
Attorney for Defendant, KEMPHONE VIENGXAY
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                           EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )    **Case No. 1:07-cr-00268 OWW**
   |                                  )
11 |              Plaintiff,          )    **STIPULATION AND ORDER FOR A**
   |                                  )    **RESETTING OF SENTENCING**
12 | v.                               )    **HEARING**
   |                                  )
13 | KEMPHONE VIENGXAY.               )    Date:     November 17, 2008
   |                                  )    Time:     9:00 a.m.
14 |              Defendant.          )    Courtroom: Honorable Oliver W. Wanger
   |                                  )
15 | _____ )

16      IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

17 the defendant by and through her attorney, that the hearing date set for sentencing be continued to

18 December 15, 2008 at 9:00 a.m.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                        **Stipulation and Order for a Resetting of Sentencing Hearing**
                                   **Case No.:1:07-cr-00268 OWW**

The defense is continuing to collect medical information regarding defendant's adult daughter for whom she provides care giver services. The defense will ask the Court to give consideration to this fact at sentencing.

A co-defendant on this case is being sentenced on December 15, 2008 at 9:00 a.m. as well.

Respectfully submitted,

DATED:  November 13, 2008    /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant,
KEMPHONE VIENGXAY

DATED:  November 13, 2008    /s/ Laurel J. Montoya
Laurel J. Montoya
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   November 13, 2008**    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE