**DALE A. BLICKENSTAFF** - #40681
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, KHEMPHONE VIENGXAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 1:07-cr-00268 OWW** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| ) | **RESETTING OF SENTENCING** |
| v. ) | **HEARING** |
| ) | |
| KHEMPHONE VIENGXAY. ) | Date:      December 15, 2008 |
| ) | Time:      9:00 a.m. |
| Defendant. ) | Courtroom: Honorable Oliver W. Wanger |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through her attorney, that the hearing date set for sentencing be continued to January 20, 2009 at 9:00 a.m.

///

///

///

///

///

///

///

///

///

**Stipulation and Order for a Resetting of Sentencing Hearing**
**Case No.:1:07-cr-00268 OWW**

Counsel for defendant had a knee replacement surgery on December 8, 2008 and will be in recovery between 4 and 6 weeks. The requested sentencing date is approximately 6 weeks post surgery.

Respectfully submitted,

DATED: December 9, 2008            */s/* Dale A. Blickenstaff
                                   DALE A. BLICKENSTAFF
                                   Attorney for Defendant,
                                   KHEMPHONE VIENGXAY

DATED: December 9, 2008            */s/* Laurel J. Montoya
                                   Laurel J. Montoya
                                   Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   December 10, 2008**            **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE